11/09/11 9:59PM

B3A (Official Form 3A) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Ronald W Alston, Sr.                                              Case No.   11-45322
                                         Debtor(s)                        Chapter    7

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS - AMENDED

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ __306.00__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $   __76.50__  Check one    ☐ With the filing of the petition, or
                               ■ On or before   __12/07/11__

   $   __76.50__  on or before   __1/06/12__

   $   __76.50__  on or before   __2/07/12__

   $   __76.50__  on or before   __3/06/12__

   **FILED**
   UNITED STATES BANKRUPTCY COURT
   NORTHERN DISTRICT OF ILLINOIS
   NOV 15 2011
   KENNETH S. GARDNER, CLERK

*  The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date  November 9, 2011                          Signature  /s/ Ronald W Alston, Sr.
                                                           Ronald W Alston, Sr.
/s/ Roxanne B. Jackson                                     Debtor
Attorney for Debtor(s)
Roxanne B. Jackson 6273966
Roxanne B. Jackson Law Office
21141 Governors Hwy
Matteson, IL 60443-3818
708-481-3000
Fax: 708-298-5887
roxannejackson@aol.com

11/09/11 9:59PM

B3A (Official Form 3A) (12/07) - Cont.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Ronald W Alston, Sr.**                                                                 Case No.    **11-45322**
                                        Debtor(s)                                                 Chapter     **7**

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☒    IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐    IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____    Check one    ☐ With the filing of the petition, or
                                 ☐ On or before _____

$ _____    on or before _____

$ _____    on or before _____

$ _____    on or before _____

☐    IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date    NOV 15 2011

KENNE...
Clerk, U.S. Bankruptcy Cour...

_____
*United States Bankruptcy Judge*